```
                  UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF NEW HAMPSHIRE


* * * * * * * * * * * * * * * * *
                                *
UNITED STATES OF AMERICA        *
                                *   18-CR-110-01-JD
            v.                  *   April 9, 2019
                                *   10:05 a.m.
      ZACHARY BENOIT            *
                                *
* * * * * * * * * * * * * * * * *


              TRANSCRIPT OF SENTENCING - DAY ONE
            BEFORE THE HONORABLE JOSEPH A. DICLERICO
```

APPEARANCES:


For the Government:     Helen W. Fitzgibbon, AUSA
                        U.S. Attorney's Office


For the Defendant:      Dorothy Graham, Esq.
                        Federal Defenders Office


Probation:              Theresa Duncan


Court Reporter:         Susan M. Bateman, LCR, RPR, CRR
                        Official Court Reporter
                        United States District Court
                        55 Pleasant Street
                        Concord, NH 03301
                        (603) 225-1453

```
 1                    P R O C E E D I N G S
 2              THE CLERK:  The Court has before it for
 3   consideration today a sentencing hearing in criminal case
 4   18-CR-110-01-JD, United States versus Zachary Benoit.
 5              THE COURT:  Good morning.
 6              MS. GRAHAM:  Good morning.
 7              THE COURT:  I gather, Ms. Graham, that you filed
 8   this supplemental memo last evening?
 9              MS. GRAHAM:  I did.
10              THE COURT:  And it just came across my desk this
11   morning so I really haven't had a chance to review and study
12   the issues that you've raised, which are important issues,
13   and the probation department should have the opportunity to
14   look over these matters, as should the government.
15              MS. GRAHAM:  I understand.  I apologize.
16              THE COURT:  That's all right.  You're all very
17   busy.  I understand that.
18              So I propose to continue the sentencing so that
19   everybody can review the issues that you've raised and have
20   an opportunity to address them.
21              And perhaps you may be able to resolve some of
22   these issues, or at least narrow the issues, when probation
23   and the government looks them over and looks at the cases
24   you've cited.  So you may be able to resolve some or all of
25   these.
```

1       MS. GRAHAM: I understand.
2       Your Honor, the one question I would have for the
3  Court, and I guess I could direct this to probation, is that
4  my client just dropped off his electronic monitoring this
5  morning. So I'm not sure if that needs to be reinstituted.
6       MS. DUNCAN: Yes, it would.
7       THE COURT: Yes. It will probably be several
8  weeks.
9       Mr. Benoit, do you understand that you are still
10 subject to all of the conditions of bail?
11      THE DEFENDANT: Yes.
12      THE COURT: And that you must continue to comply
13 with those or you could be detained pending your sentencing.
14 Do you understand that?
15      THE DEFENDANT: Yes, I do, your Honor.
16      THE COURT: And you understand that you have an
17 obligation to appear for your sentencing when that is
18 rescheduled?
19      THE DEFENDANT: Yes.
20      THE COURT: All right.
21      MS. FITZGIBBON: Your Honor, just one thing,
22 please.
23      There's also the outstanding issue of a hearing on
24 restitution. So perhaps we could then schedule one hearing
25 so that we do resolve all the issues in one day on the day of

```
 1   final sentencing.  I don't know if that hearing has been set
 2   or not, your Honor.  I'm sorry.  I forget.
 3            THE COURT:  I don't think it has.  To the extent
 4   you can work that all out and schedule it together, fine.
 5   Otherwise, we'll have a restitution hearing within 90 days of
 6   the sentencing.
 7            MS. FITZGIBBON:  Okay.
 8            THE COURT:  All right.
 9            MS. DUNCAN:  Thank you, your Honor.
10            (Conclusion of hearing at 10:08 a.m.)
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

C E R T I F I C A T E

   I, Susan M. Bateman, do hereby certify that the foregoing transcript is a true and accurate transcription of the within proceedings, to the best of my knowledge, skill, ability and belief.

Submitted: 5-21-19

SUSAN M. BATEMAN, LCR, RPR, CRR
LICENSED COURT REPORTER, NO. 34
STATE OF NEW HAMPSHIRE